UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MILON JARR BROWN,

                Petitioner,                Case No. 2:20-cv-11716
                                                  Hon. Nancy G. Edmunds

v.

ROBERT VASHAW,

                Respondent.
_____/

## JUDGMENT

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED.**

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

**IT IS FURTHER ORDERED** that permission to appeal in forma pauperis is **DENIED.**

Dated at Detroit, Michigan, this 26th day of April, 2021.

                                                          DAVID J. WEAVER
                                                          CLERK OF THE COURT

APPROVED:
                                                          BY:  s/ L. Bartlett
                                                          DEPUTY CLERK

s/ Nancy G. Edmunds
Nancy G. Edmunds
United States District Court